E-FILED
Wednesday, 18 March, 2009  01:35:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 17 2009
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Timothy J. deShazer
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Trace L. Rabern
_____

Case No: 09-1095
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

CHECK ONE ONLY:

_____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

   ✱   OTHER (cite statute, if known) Unknown by me.

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.

To the Court: Your honor please understand that throughout this complaint I have insufficient access to law library as well as most all tools and (1) resources equal to that of the typical American lawyer and human in any developed facility



I. **Plaintiff(s):**

A. Name: Timothy John de Shazer

B. List all aliases: None

C. Prisoner identification number: 06703-091 (FBOP #)

D. Place of present confinement: Special Housing Unit, FCI Pekin,

E. Address: P.O. Box 5000, Pekin, IL 61555-5000

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.) Not Applicable

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Trace L. Rabern

Title: American lawyer

Place of Employment: 1626 Ben Hur Drive, Santa Fe, New Mexico 87501

B. Defendant: 

Title: 

Place of Employment: 

C. Defendant: 

Title: 

Place of Employment: 

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (✖) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO ( ) → There is no grevance procedure for firing a lawyer.

C. If your answer is YES:

1. What steps did you take?

   _____
   _____
   _____

2. What was the result?

   _____
   _____
   *Not Applicable.*

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   _____
   _____
   _____

D. If your answer is NO, explain why not:

   _____
   _____
   _____

3

E. Is the grievance procedure now completed? YES ( ) NO ( )
   Not Applicable.

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✳) NO ( )

G. If your answer is YES:

   1. What steps did you take?
      [1] I tryed communicating but found Raborn stubborn and irrational. [2] I tryed change of counsel thru the 10th circuit court.

   2. What was the result?
      [1] Raborn refused timly, efficient, affective, meaningful communications with me. [2] The Court refused a change of counsel (this decision was based on lies Raborn told the Court — Raborn refuse me opportunity to rebutt).

H. If your answer is NO, explain why not:
   Not Applicable

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Timothy deShazer vs. Greg Goddard and Goddard, Perry, Vogel: Civil Action: 03-CV260D.

B. Approximate date of filing lawsuit: III, (?2003?)

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: III, Timothy deShazer, (? others ?).

D. List all defendants: III. Greg Goddard, Law partners: Perry, Vogel (full names unknown).

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): III. (? Federal Court, District of Wyoming ?).

F. Name of judge to whom case was assigned: III Unknown.

G. Basic claim made: III. (? It should be ineffective assistance of counsel ?)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): As of Feb 2009 pending.

H. Approximate date of disposition: Unknown.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

(5) [See next page — 5.1]

*Margin note (left side, vertical):* I do not have some information because by virtue of my past and current American Government Authority (AGA) detention I am denied sufficient Tools, Resources, Environment for the Endeavor (TREE) of being fully informed at times.

Complaint Form Supplimental Page: DESHAZER vs. RABERN.

Section IV.

A. Timothy de Shazer, Plaintiff vs. Federal Judges, et. al, Defendants. No 08-1277.

B. October 2008.

C. Timothy J de Shazer.

D. The 10th Circuit Court Judge(s), Names are unknown to me.

E. U.S. District Court, Central District of Illinois.

F. Harold A. Baker

G. 10th circuit court of appeals appointed counsel refuse to work with a defendant on direct appeal, the Judges support the position of appointed counsel (however the judges were lied to by counsel).

H. Dismissed (under appeal to 7th circuit)

H. November 12, 2008

Page 5.1 [See Next Page - 5.2]

Complaint Form Supplemental Page: DESHAZER vs. RABERN.

Section IV.

A. Timothy J deShazer, Plaintiff vs. Federal Judge(s) of the U.S. Court of Appeals, et al., Defendants.  No. 09-1090

B. 1/13/2009

C. Note: This is an action I am taking at the U.S. Court of Appeals, 7th Circuit.

H. It is not a lawsuit it is an appeal of a lawsuit shown on page 5.1 Case No. 08-1277, DESHAZER v Federal Judges, 10th Circuit.

H. The 7th dismissed my appeal due to "failure to pay" the required docking fee" February 20, 2009. When I get the postage stamp needed I will be addressing this appeal with the 7th.

Page 5.2 [See Next Page - 6]

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Preface</u>: If the following gathered words (AKA my claims), once read by the Court do not meet the Courts standard of "sufficient claim" I request the Court appoint a lawyer to me so the lawyer and I can present my claim in the gathered words the Court requires to meet the Court's standard of "sufficient claim". My claims are valid your honor. The damage done to me by the defendant in this suit is real and present in my life daily. The facts are that I am an disabled, Innocent American under American Government Authority (AGA) detention. By virtue of an AGA detention I have no dictionary, insufficient law library access as well as an insufficiency of other tools and resources to fuction at par in this legal/literary world with your honor or any typical American lawyer.

I am unable to stress to the Court at this time that if justice is to be obtained this Court must

6

act quickly in stopping Trace Rabern from doing any more permenate(sp) damage to myself and to Justice — (see claim #2).

Also, with the Courts speedy appointment of a lawyer to me the evidence that proves my claims can be preserved. A lawyer has the power to do this. By virtue of my AGA detention I do not have the power ↑to preserve evidence

History in brief: I am an Innocent American. I was held under AGA pretrial detention for 6 years, 10 months, 1 day. After being RailRoaded at federal district Court, Wyoming, on 11/06/2006 the federal court of appeals, 10th circuit appointed Trace L. Rabern as counsel for my direct appeal. Rabern was appointed near the spring of 2007. Rabern has to-date lied to and manipulated me, the district court (Wyoming, Judge William F. Downes), the 10th Circuit Court in a successful endeavor to obtain and maintain control of my appeal and maliciously misrepresent me. Rabern has done this against my verbal and written

7 [see Next Page — 7.1]

Complaint Form Supplemental Page: DESHAZER vs. RABERN

Section V. (continued)

wishes and my unpowerful efforts to stop Rabern. Rabern's conduct is preditory stalking and needs to be stopped. Initially(sp) I have 2 claims:

#1) Rabern's misrepresentation of me at the 10th. Reparations (sp usage) sought as relief.

#2) Rabern's misrepresentation of me at the U.S. Supreme Court — on-going at present. Relief sought is an imediate(sp) siese(sp) and desist(sp) order of some type.

Claim #1: I claim that Trace L. Rabern engineered and conducted a sham of my direct appeal to the 10th Circuit Court. Rabern intentionally excluded me from

Page 7.1  [See Next Page — 7.2]

as well as misrepresented me in my direct appeal at the 10th circuit court of appeals. Rabern failed to provide and/or facilitate valid, substantitive opportunity for me (Timothy deShazer, pro se defendant) to engage and influence my appeal processes. The lack of engagement and influence include but is not limited to: creation of Brief in Chief; Issues to preserve; Review of court record; Access to the Courts.

It is believed and may be proven that Rabern did this intentionally to keep me in prison for life.

Relief sought (SU) (claim #1): Compensitory

Page 7.2  [see Next Page - 7.3]

and punitive monitory reparations for damages will include payment of court cost and litigation for this suit and all related suits. The amount sought is $63,000,000.00

The amount sought in relief is warrented because of the fact that Rabern is a professional who used their professional skills, their exclusive and powerful officer-of-the-court status, their advantage of ~~[scribbled out]~~ unequal TREE to the victim (plaintiff in this suit, Timothy deShazer), the American justice/court system to effect (usage) a malicious, preditory attack and treturous (sp) ambush on a weak individual under AGA detention. The attack and (sp)

Page 7.3  [See Next Page - 7.4]

ambush was effected under the auspicies of the trusted and sacred defendant/counselor relationship. As a result of Rabern's stalking of their client (the plaintiff in this suit, deShazer) the client will be tortured to death in an American Government Authority prison or county jail.

Claim #2: Rabern has excluded me from the communication that take place between the Courts (district and 10th) and defendant (DESHAZER), as well as the communications that take place between the counselor (RABERN) and the courts since about 8/2008. This is a strategic move to keep me uninformed. Therefore all I

Page 7.4 [see next page - 7.5]

have at this time is a rummer[50] that the federal appeal court, 10th circuit has made a decision on the appeal Rabern submitted (A.K.A. USA v. DESHAZER, No. 07-8023) and that the decision affirms the district court conviction. My claim is that Rabern is attemping to misrepresent me at the U.S. Supreme Court agenst my will and to my detrament.

Relief sought (claim #2): I and justice need this Court to stop Rabern from representing me at the U.S. Supreme Court using whatever means this Court has available to your honor, i.e. Siese and desist order, injuction, abatement order, or

Page 7.5   [see Next Page - 7.6]

Something - please. Bare in mind I do not have sufficient use of a law library to research(sp) and specify(sp) the means your honor has available. Please assist me and/or quickly appoint a lawyer to assist me: Rabern must be stopped - justice requires it.

Page 7.6   [See Next Page 8]

**VI.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) I request the court proceed in validating this suit as quickly as possible.
2) I request the court appoint the plaintiff a counselor to assist in this suit.
3) I request - most respectfully - the Court to quickly stop Trace L. Rabern from representing me before the U.S. Supreme Court.
4) I request the Court establish liens on Trace L. Rabern's assets.

I declare under penalty of perjury that all facts [to the best of my knowledge] given in the complaint are true and correct.

Signed this __3__ day of __March__, 19__2009__

_deShazer_

(Signature of plaintiff or plaintiffs)

FBOP# 06703-091
(I.D. Number)

FCI P.O. Box 5000
Pekin, IL / 61555-5000

(Address)

Timothy DESHAZER
FCI Pekin
P.O. Box 5000
Pekin, IL
61555-5000

8

[Last Page of claim]